AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

NICOLA JANE KING
individually and as Personal Representative
of THE ESTATE OF ANDREW J. KING, deceased

Plaintiffs,

V.

MIGUEL A. GUERRERO AND
CARLOS DIAZ

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6161 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

TO: (Name and address of defendant)

Miguel A. Guerrero
683 East 20th Street
Hialeah, Florida 33013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Lavigne
LaVigne, Coton & Associates, P.A.
5301 Conroy Road
Suite 140
Orlando, Florida 32811

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                               FEB 1 2000

CLERK                                         DATE

(BY) DEPUTY CLERK