AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ D.C.

SOUTHERN ——————————— DISTRICT OF FLORIDA

NICOLA JANE KING,
individually and as Personal Representative
of THE ESTATE OF ANDREW J. KING, deceased,

Plaintiffs,

V.

MIGUEL A. GUERRERO AND
CARLOS DIAZ

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00 - 6161**

**CIV - DIMITROULEAS**

MAGISTRATE JUDGE
JOHNSON

TO: (Name and address of defendant)

CARLOS DIAZ
2736 West 74th Street
Hialeah, Florida   33016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Lavigne
LaVigne, Coton & Associates, P.A.
5301 Conroy Road
Suite 140
Orlando, Florida   32811

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                        FEB 1 2000

CLERK                                                  DATE

(BY) DEPUTY CLERK