## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6161-CIV-DIMITROULEAS

NICOLA JANE KING, individually and as Personal
Representative of THE ESTATE OF ANDREW
J. KING, deceased,

      Plaintiff,

v.

MIGUEL GUERRERO and CARLOS DIAZ,

      Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, NICOLA JANE KING, individually and as Personal

Representative of THE ESTATE OF ANDREW J. KING, deceased, by and through her

undersigned attorneys and hereby enters this Notice of Voluntary Dismissal Without

Prejudice.

ALL PARTIES TO THIS ACTION ARE CALLED UPON TO TAKE NOTICE

HEREOF.

Dated this ___ day of February, 2000.

                            LaVigne, Coton & Associates, P.A.

                            By:_____
                            James R. LaVigne, Esq.
                            5301 Conroy Road
                            Suite 140
                            Orlando, Florida  32811
                            (407) 316-9988
                            (407) 316-8820 fax
                            Florida Bar No:  200581

COPY NOT PROVIDED

FILED BY ___
00 FEB 25 PM 3 30
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

