UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6161-CIV-DIMITROULEAS

NICOLA JANE KING, individually and as Personal
Representative of THE ESTATE OF ANDREW
J. KING, deceased,

    Plaintiff,
vs.

MIGUEL A. GUERRERO and CARLOS DIAZ

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal Without Prejudice, filed by the Plaintiff, on February 25, 2000. The Court has carefully reviewed the Notice of Voluntary Dismissal, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal Without Prejudice, filed herein by the Plaintiff, is hereby approved by the Court;

2. The above-styled action is hereby **DISMISSED** without prejudice;

3. The Clerk of This Court is directed to deny all pending motions as moot; and

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of February, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
James LaVigne, Esq.

